**2014–0508.   Ridgecar Co., L.L.C. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–3755. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1013.   State ex rel. Ascena Retail Group, Inc. v. Reynoldsburg.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter.

Upon consideration of relators' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*July 14, 2014*

[Cite as *07/14/2014 Case Announcements*, 2014-Ohio-3066.]

## MOTION AND PROCEDURAL RULINGS

**2013–0539.   Jainco Invests., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–A–2196. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1102.   State v. Sexton.**
Montgomery App. No. 25862, 2014-Ohio-2314. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for appellate bond and motion for stay, it is ordered by the court that the motions are denied as moot.